PROB 12C
Rev 2/03:  RANSON, Shawn
1:01CR00032-03

# United States District Court

for

## Southern District of Ohio

### AMENDED

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | Shawn Ranson | Case Number: 1:01CR00032-03 |
| Name of Sentencing Judicial Officer: | The Honorable Herman J. Weber<br>United States Senior District Judge | |
| Date of Original Sentence: | April 12, 2002 | |
| Original Offense: | Conspiracy to Distribute and Possess With Intent to Distribute Cocaine and Cocaine Base, a Class C felony, in violation of 21 U.S.C. § 846 | |
| Original Sentence: | 57 months imprisonment, 36 months supervised release; 3-04-08: Supervision revoked- 1 day custody U.S. Bureau of Prisons, 1 year supervised release.  Special conditions: 1) 365 days home detention with electronic monitoring; 2) participate in substance abuse treatment program either inpatient or outpatient at the direction of the USPO, which may include testing; and 3) abstain from the use of alcohol and other forms of intoxicants. | |
| Special Conditions: | 1) Participate in chemical dependency assessment and program which may include testing to determine if the defendant has reverted to the use of drugs and/or alcohol, at the direction of the USPO;<br>2) Pay any balance owed on $2,000 fine.  Until fine is paid in full, the defendant is prohibited from incurring new credit charges or opening additional lines of credit, and shall provide the USPO access to any requested financial records;<br>3) Pay $100 special assessment.<br><br>Amended, 12-27-07: 60 days in halfway house facility with work release privileges. | |
| Type of Supervision: **Supervised Release** | | Date Supervision Commenced: **March 4, 2008** |
| Assistant U.S. Attorney: Kenneth L. Parker, Esquire | | Defense Attorney: James Maus, Esquire |

## PETITIONING THE COURT

[X]  To issue a detainer warrant as Ranson is currently in state custody at the Hamilton County Justice Center in Cincinnati, Ohio, on pending charges.
[ ]  To issue an Order to Appear and Show Cause
[ ]  To grant an exception to revocation without a hearing.

PROB 12C
Rev 2/03:   RANSON, Shawn
            1:01CR00032-03

2

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **"The defendant shall not commit another federal, state, or local crime."** |

On June 6, 2008, a five count indictment was returned against Ranson by the Hamilton County, Ohio Grand Jury in case number B-0804298. Counts One, Two, and Four charge Ranson with Trafficking in Cocaine. Counts Three and Five charge him with Possession of Cocaine.

On May 30, 2008, Ranson was arrested by the Cincinnati, Ohio Police Department when he allegedly sold powder cocaine to another subject while being observed by officers of the Vice Squad. According to information available at this time, Ranson was observed by officers inside Trotter's Bar in Cincinnati, Ohio. Ranson reportedly would go outside the bar at times, engage in what appeared to be a drug transaction, then return to the bar. Officers completed a controlled powder cocaine purchase from Ransom then took him into custody. He allegedly threw money and drugs to the ground when officers approached, but the money had been previously marked and was given to Ranson as payment for the cocaine.

#2    **"The defendant shall not unlawfully possess a controlled substance."**

On May 30, 2008, Ranson possessed powder cocaine, a controlled substance, in Hamilton County, Ohio.

U.S. Probation Officer Recommendation:

Ranson has been charged with the above noted charges after his supervision was revoked and he was placed on a new one year term of supervised release on March 4, 2008, pursuant to his conviction for Possession of less than 200 grams of Marijuana in Hamilton County, Ohio, on December 27, 2007, in the Hamilton County, Ohio Municipal Court, Docket Number 07CRB48257. At the time of the new alleged criminal conduct, Ranson was serving a term of Home Confinement with electronic monitoring. This officer respectfully recommends and requests that Your Honor issue a detainer warrant so that Ranson can be brought before the Court to answer the above alleged violations. This officer feels that electronically monitored home confinement and/or community confinement are not sufficiently restrictive to prevent Ranson from re-involvement in criminal activity.

The term of supervision should be
    [X]    Revoked.
    [ ]    Extended for years, for a total term of years.
    [ ]    Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)
    [ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 18, 2008**

Thomas A. Barbeau
U.S. Probation Officer

by

Approved,

Robert C. Frommeyer, Jr.
Supervising U.S. Probation Officer
Date: 6/18/08

PROB 12C  
Rev 2/03:   RANSON, Shawn  
1:01CR00032-03

3

**THE COURT ORDERS:**

[ ]  No Action  
[X]  The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest.  
[ ]  The Issuance of an Order to Appear and Show Cause  
[ ]  The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.  
[ ]  Other

Signature of Judicial Officer

6/19/08

Date